MYERS et al., Respondents, v. JORGENSON, Appellant.

(168 N. W. 1054).

(File No. 4349. Opinion filed September 3, 1918).

**Appeals—No Brief—Abandonment of Appeal—Affirmance.**

Nearly seven months having elapsed since appeal taken, and appellant, after having stipulated for filing brief not later than June 15, 1918, having failed to file brief, and being in default, the appeal is deemed abandoned, and order appealed from affirmed.

Smith, J., taking no part.

Appeal from Circuit Court, McCook County. HONORABLE, Judge.

Action by B. F. Myers and others, against Sam Jorgenson. From an order in favor of plaintiffs, defendant appeals. Affirmed.

*Charles P. Bates,* and *Davis & Sheild,* for Appellant.

*E. H. Wilson,* for Respondents.

PER CURIAM. The appeal herein was taken on the 25th day of February, 1918. The parties thereafter entered into a stipulation under which appellant was given to not later than the 15th day of June, 1918, in which to serve and file his brief upon such appeal. Appellant has failed to file his brief within such period, and no stipulation or order extending the time has been filed or entered herein. Appellant being in default, this court will deem said appeal abandoned.

The order appealed from is affirmed.

SMITH, J., takes no part herein.